UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| LUIS ESPARZA, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 7:23-cv-00130 |
| WOODCRAFTERS HOME PRODUCTS, LLC, | § § § § | |
| *Defendant.* | § § | |

## STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees. This stipulation also serves as the parties' Notice of Settlement pursuant to local rule 16.3, as this stipulation will obviate the scheduled conference currently set for November 13, 2024. The scheduling conference is the only setting for this matter currently scheduled.

November 7, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Bernardo Gonzalez* | */s/ Gregory S. Hudson* |
| Bernardo Gonzalez | Gregory S. Hudson |
| State Bar No. 08124100 | Texas Bar No. 00790929 |
| CARABIN & SHAW, P.C. | COZEN O'CONNOR |
| 875 E. Ashby, Suite 1100 | 1221 McKinney, Suite 2900 |
| San Antonio, TX 78212 | Houston, TX 77010 |
| Telephone: (210) 222-2288 | Telephone: (832) 214-3900 |
| Facsimile: (210) 271-1560 | Facsimile: (832) 214-3905 |
| bernardogonzalez@carabinshaw.com | ghudson@cozen.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the forgoing document was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on November 7th, 2024:

Bernando Gonzalez  
Texas Bar No. 08124100  
CARRABIN & SHAW, PC  
875 East Ashby Place. Suite 1100  
San Antonio, Texas 78212  
bernardogonzelez@carrabinshaw.com

ATTORNEYS FOR PLAINTIFF

                                                 */s/ Gregory S. Hudson*  
                                                  Gregory S. Hudson